

FILED
JUL - 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2257-DMS |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| EZEQUIAS DURAN-MELENDREZ, | ) Methamphetamine (Felony); Title 21, U.S.C., Secs. 952 and |
| Defendant. | ) 960 - Importation of Cocaine (Felony) |

The United States Attorney charges:

Count 1

On or about June 12, 2008, within the Southern District of California, defendant EZEQUIAS DURAN-MELENDREZ, did knowingly and intentionally import 50 grams or more, to wit: approximately 1.94 kilograms (4.26 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

MIP:psd:Imperial
7/7/08

## Count 2

On or about June 12, 2008, within the Southern District of California, defendant EZEQUIAS DURAN-MELENDREZ, did knowingly and intentionally import approximately .20 kilograms (.44 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 8, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney